**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION**

DONALD RAY TERRY                                                                                                PLAINTIFF
REG. #12032-042

V.                                                     2:07CV00125 WRW

BRANDON HODGES *et al.*                                                                                  DEFENDANTS

**ORDER**

      Plaintiff has submitted this 42 U.S.C. §1983 case for filing in this district. However, from the facts alleged and the Defendants named, it appears that venue properly lies in the Northern District of Mississippi. 28 U.S.C. §1391(b). Accordingly, the Court finds that the interests of justice would best be served by transferring this case to the United States District Court for the Northern District of Mississippi. 28 U.S.C. § 1406(a).[1]

      IT IS THEREFORE ORDERED THAT the Clerk of the Court is directed to immediately TRANSFER PLAINTIFF'S ENTIRE CASE FILE to the Northern District of Mississippi.

      IT IS SO ORDERED this 12th day of October, 2007.

                                                      /s/Wm. R. Wilson, Jr.
                                                  UNITED STATES DISTRICT JUDGE

---

[1]"The district court of a district in which is filed a case laying venue in the wrong division or district shall dismiss, or if it be in the interest of justice, transfer such case to any district or division in which it could have been brought." *Id*.